**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

KHAREE CRISWELL,
        Plaintiff,

        v.                                    C.A. No. 09-207 S

EDWARD JOHNSON, ET AL.,
        Defendants.

## ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on December 14, 2010 (document #11), in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, the Report and Recommendation is accepted in full and plaintiff is hereby ordered to file an Amended Complaint on or before March 15, 2011. Failure to file an Amended Complaint will result in dismissal of the above-referenced matter.

ENTER:

_William E. Smith_
William E. Smith
United States District Judge

Date: 1/18/11